JULIUS FELD, Respondent, v. DAVID FELD, Appellant.—Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer

within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Glennon, J. P., Cohn, Van Voorhis, Shientag and Heffernan, JJ.